AYTAN Y. BELLIN
(admitted *pro hac vice*)
aytan.bellin@bellinlaw.com
BELLIN & ASSOCIATES LLC
50 Main Street, Suite 1000
White Plains, New York 10606
Telephone: (914) 358-5345
Facsimile: (212) 571-0284

ROGER FURMAN (STATE BAR NO. 149570)
roger.furman@yahoo.com
7485 Henefer Avenue
Los Angeles, California 90045
Telephone: (310) 568-0640
Facsimile: (310) 694-9083

Attorneys for plaintiff Craig Cunningham

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GHS INTERACTIVE SECURITY, LLC, JEFFERY ASHERBRANNER, CAMEREN ASHERBRANNER, SELECT SOURCE SERVICES, LLC, and SELECT SOURCE,<br><br>Defendants.<br><br>―――――――――――――――――<br>GHS INTERACTIVE SECURITY, LLC,<br><br>Cross-Claimant,<br><br>vs.<br><br>JEFFERY ASHERBRANNER, CAMEREN ASHERBRANNER, SELECT SOURCE SERVICES, LLC, SELECT SOURCE 2, and ROES 1 through 10,<br><br>Cross-Defendants. | Case No.: 2:19-cv-06599-TJH-GJS<br><br>**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT SELECT SOURCE**<br><br>**CLASS ACTION** |

1
2   Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,
3   plaintiff Craig Cunningham, through his undersigned counsel, voluntarily
4   dismisses, without prejudice and without costs as to any party, his First Amended
5   Complaint only as against defendant Select Source, but not as against defendant
6   Select Source Services, LLC or any other defendant.
7   June 17, 2020

       /s/ Roger Furman
ROGER FURMAN, ESQ.

AYTAN BELLIN, ESQ.
BELLIN & ASSOCIATES LLC

Attorneys for plaintiff Craig Cunningham, on behalf of himself and all others similarly situated