Michael B. Wilson (SBN 233633)
michael@lexinc.la
**CURAT LEX, INC.**
611 Wilshire Blvd., Suite 325
Los Angeles, CA  90017
Telephone:  (213) 627-2771
Facsimile:   (213) 443-9449

*Attorneys for Defendant*
*GHS Interactive Security, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GHS INTERACTIVE SECURITY, LLC, JEFFERY ASHERBRANNER, CAMEREN ASHERBRANNER, and SELET SOURCE SERVICES, LLC,<br><br>Defendants.<br>———————————<br>GHS Interactive Security, LLC,<br><br>Cross-Claimant,<br><br>v.<br><br>Jeffery Asherbranner, Select Source Services, LLC, Cameren Asherbranner, Select Source 2 and Roes 1 through 10,<br><br>Cross-Defendants. | Case No.  2:19-cv-06599-TJH-GJS<br><br>Honorable Terry J. Hatter, Jr.<br><br>**STIPULATION AND ORDER OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]**<br><br>*Filed concurrently with [PROPOSED] Order* |

Plaintiff Craig Cunningham, Defendant GHS Interactive Security, LLC and Defendants Jeffery Asherbranner, Cameren Asherbranner, and Select Source Services, LLC hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that Plaintiff's Complaint and GHS Interactive Security, LLC's Counterclaim in this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. This Stipulation does not encompass the Cross-Complaint filed by GHS Interactive Services, LLC.

**IT IS SO STIPULATED**.

Dated: February 24, 2021

**BELLIN & ASSOCIATES LLC**

By: /s/ Aytan Bellin
Aytan Bellin
Attorneys for Plaintiff
CRAIG CUNNINGHAM

Dated: February 24, 2021

**CURAT LEX, INC.**

By: /s/ Michael B. Wilson
Michael Wilson
Attorneys for Defendant
GHS INTERACTIVE SECURITY, LLC

Dated: February 24, 2021

**KONING ZOLLAR LLP**

By: /s/ Shaun Paisley
Shaun Paisley

Attorneys for Defendants
JEFFERY ASHERBRANNER,
CAMEREN ASHERBRANNER and
SELECT SOURCE SERVICES, LLC

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: February 19, 2021

By: /s/ Michael B. Wilson
Michael Wilson

Attorneys for Defendant
GHS INTERACTIVE SECURITY, LLC

STIPULATION AND ORDER OF DISMISSAL [FRCP 41(A)]

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THE COMPLAINT AND COUNTERCLAIM IN THIS ACTION BE DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  This Order of Dismissal does not affect the Cross-Complaint filed by Defendant GHS Interactive Security, LLC.

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE