1  Michael B. Wilson (SBN 233633)
   michael@lexinc.la
2  **CURAT LEX, INC.**
3  611 Wilshire Blvd., Suite 325
   Los Angeles, CA  90017
4  Telephone:  (213) 627-2771
   Facsimile:   (213) 443-9449
5
6  *Attorneys for Defendant*
   *GHS Interactive Security, LLC*
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  CRAIG CUNNINGHAM, on behalf of himself and all others similarly situated, | Case No.  2:19-cv-06599-TJH-GJS |
| 12 | Honorable Terry J. Hatter, Jr. |
| 13             Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]** |
| 14  v. | |
| 15  GHS INTERACTIVE SECURITY, LLC, | *Filed concurrently with [PROPOSED] Order* |
| 17             Defendant. | |
| 19  GHS Interactive Security, LLC, | |
| 20             Cross-Claimant, | |
| 21  v. | |
| 22  Jeffery Asherbranner, Select Source Services, LLC, Cameren Asherbranner, Select Source 2 and Roes 1 through 10, | |
| 25             Cross-Defendants. | |

- 1 -
STIPULATION AND ORDER OF DISMISSAL [FRCP 41(A)]

Plaintiff Craig Cunningham, Cross-Complainant GHS Interactive Security, LLC and Cross-Defendants Jeffery Asherbranner, Cameren Asherbranner, and Select Source Services, LLC hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the Cross-Complaint be dismissed WITHOUT prejudice as to all claims, causes of action, and parties.

**IT IS SO STIPULATED**.

Dated: February 24, 2021

**BELLIN & ASSOCIATES LLC**

By: /s/ Aytan Bellin
Aytan Bellin
Attorneys for Plaintiff
CRAIG CUNNINGHAM

Dated: February 24, 2021

**CURAT LEX, INC.**

By: /s/ Michael B. Wilson
Michael Wilson
Attorneys for Defendant
GHS INTERACTIVE SECURITY, LLC

Dated: February 24, 2021

**KONING ZOLLAR LLP**

By: /s/ Shaun Paisley
Shaun Paisley

Attorneys for Defendants
JEFFERY ASHERBRANNER,
CAMEREN ASHERBRANNER and
SELECT SOURCE SERVICES, LLC

## **SIGNATURE ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: February 19, 2021

By: /s/ Michael B. Wilson
Michael Wilson

Attorneys for Defendant
GHS INTERACTIVE SECURITY, LLC

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THE CROSS-COMPLAINT IN THIS ACTION BE DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties.

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE