UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 19-6599-TJH(GJSx)** | Date MARCH 1, 2021 |

Title   Craig Cunningham v. GHS Interactive Security, LLC.,

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the Request to dismiss plaintiff's complaint and GHS Interactive Security, LLC's counterclaim [102] is hereby granted and dismissed with prejudice.

This order does not affect the cross-complaint filed by defendant GHS Interactive Security, LLC.

IT IS SO ORDERED.

cc: all parties