UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**JS-6**

| | |
|---|---|
| Case No. **CV 19-6599-TJH(GJSx)** | Date MARCH 1, 2021 |

Title   Craig Cunningham v. GHS Interactive Security, LLC.,

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the Request to dismiss cross-complaint [103] is hereby granted and dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) as to all claims, causes of action and parties.   [JS-6]

IT IS SO ORDERED.

cc: all parties